**Order entered April 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00022-CV**

**AMANDA L. EMBRY, Appellant**

**V.**

**JOSE S. MARTINEZ, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10705**

**ORDER**

Before the Court is appellant's April 3, 2020 first motion for extension of time to file her opening brief. We **GRANT** the motion and extend the time to **May 8, 2020**.

/s/     BILL WHITEHILL
         JUSTICE